**No. 41963.**—Protests 758169–G, etc., of L. Adels Co., Inc., et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, AUGUST 21, 1939

**No. 41964.**—Protest 425174–G of Mamie Conti Gowns, Inc. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 41965.**—Protest 155011–G of S. Shawiry (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of laces embroidered. The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41966.**—Protest 150873–G of Salem Shawiry (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41967.**—Protest 304482–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. From the record it was found hat certain items consist of Normandy laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). As to these the claim at 75 percent under paragraph 1430 was sustained. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 41968.**—Protest 445312–G of Saidy Bros. (New York).

Opinion by TILSON, J. The record showed that certain items consist of filet laces similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065). The claim at 75 percent under paragraph 1430 was therefore sustained.